```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-05163-HWV
Amanda D. Danuski                                                   Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2              Date Rcvd: Jan 14, 2020
                               Form ID: ntnew341            Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
```
db           +Amanda D. Danuski,    3000 Barley Circle,   Dover, PA 17315-4596
5278111      +BARCLAYS BANK DELAWARE,    ATTN: CORRESPONDENCE,    PO BOX 8801,    WILMINGTON, DE 19899-8801
5278107      +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5278117      +GREAT LAKES HIGHER ED. CORP.,    ATTN: BANKRUPTCY,    PO BOX 7860,    MADISON, WI 53707-7860
5278118      +JOHNS HOPKINS HOSPITAL,    P.O. BOX 64264,    BALTIMORE, MD 21264-4264
5278119      +KML LAW GROUP,    701 MARKET ST.,    SUITE 5000,    PHILADELPHIA, PA 19106-1541
5278121      +MIDLAND MORTGAGE CO,    ATTN: CUSTOMER SERVICE/BANKRUPTCY,    PO BOX 26648,
               OKLAHOMA CITY, OK 73126-0648
5278122       OFFICE OF INSPECTOR GENERAL,    CLAIM ACCOUNTING SECTION,    PO BOX NO. 8032,
               HARRISBURG, PA 17105
5278109      +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5278124      +PA OFFICE OF VOCATIONAL REHABILITAT,    1521 NORTH 6TH STREET,    HARRISBURG, PA 17102-1100
5278108      +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5278128      +TARGET,    ATTN: BANKRUPTCY,    PO BOX 9475,    MINNEAPOLIS, MN 55440-9475
5278130      +U.S. DEPARTMENT OF EDUCATION,    ECMC/BANKRUPTCY,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
5278131      +US BANK/RMS CC,    ATTN: BANKRUPTCY,    PO BOX 6351,    FARGO, ND 58125-6351
5278132      +WOMEN'S HEALTHCARE GROUP,    1693 S. QUEEN STREET,    YORK, PA 17403-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 19:23:13
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5278823       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jan 14 2020 19:14:28
               Ascendium Education Solutions, Inc.,    PO Box 8961,    Madison WI  53708-8961
5278112      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 19:23:52     CAPITAL ONE,
               ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5278113      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 19:14:43     COMENITYBANK/HOTTPIC,
               ATTN: BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5278114      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 14 2020 19:23:32     CREDIT ONE BANK,
               ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5290210       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 19:23:30
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
5278115       E-mail/Text: mrdiscen@discover.com Jan 14 2020 19:14:29     DISCOVER FINANCIAL,
               ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 15316,    WILMINGTON, DE 19850
5280691       E-mail/Text: mrdiscen@discover.com Jan 14 2020 19:14:29     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5278116      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jan 14 2020 19:15:15     GENESIS BC/CELTIC BANK,
               ATTN: BANKRUPTCY,    PO BOX 4477,    BEAVERTON, OR 97076-4401
5278110       E-mail/Text: cio.bncmail@irs.gov Jan 14 2020 19:14:35     INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5278120      +E-mail/Text: bncnotices@becket-lee.com Jan 14 2020 19:14:31     KOHLS/CAPITAL ONE,
               ATTN: CREDIT ADMINISTRATOR,    PO BOX 3043,    MILWAUKEE, WI 53201-3043
5278123      +E-mail/Text: bankruptcynotices@psecu.com Jan 14 2020 19:15:08     P S E C U,
               ATTENTION: BANKRUPTCY,    PO BOX 67013,    HARRISBURG, PA 17106-7013
5289968       E-mail/Text: bankruptcynotices@psecu.com Jan 14 2020 19:15:09     PSECU,    PO BOX 67013,
               HARRISBURG, PA 17106-7013
5278125      +E-mail/Text: BKRMailOPS@weltman.com Jan 14 2020 19:14:40     STERLING JEWELERS/KAY JEWELERS,
               ATTN: BANKRUPTCY,    375 GHENT RD,    AKRON, OH 44333-4601
5278126      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 19:23:28     SYNCHRONY BANK/AMAZON,
               ATTN:  BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
5278127      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 19:23:10     SYNCHRONY BANK/CARE CREDIT,
               ATTN:  BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5279157      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 19:23:10     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5278129      +E-mail/Text: paparalegals@pandf.us Jan 14 2020 19:15:14     TD BANK USA, N.A.,
               C/O GREGG MORRIS,    213 E. MAIN STREET,    CARNEGIE, PA 15106-2701
5278133       E-mail/Text: kcm@yatb.com Jan 14 2020 19:14:29     YORK ADAMS TAX BUREAU,    1405 N. DUKE STREET,
               PO BOX 15627,    YORK, PA 17405-0156
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5278106*     +AMANDA D. DANUSKI,    3000 BARLEY CIRCLE,    DOVER, PA 17315-4596
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
          Brent Diefenderfer    on behalf of Debtor 1 Amanda D. Danuski bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                     TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amanda D. Danuski,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–05163–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: February 20, 2020<br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 14, 2020 |

ntnew341 (04/18)