```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-05163-HWV
Amanda D. Danuski                                                   Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke              Page 1 of 2          Date Rcvd: Feb 25, 2020
                               Form ID: ntcnfhrg            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db             +Amanda D. Danuski,    3000 Barley Circle,   Dover, PA 17315-4596
5278111        +BARCLAYS BANK DELAWARE,    ATTN: CORRESPONDENCE,    PO BOX 8801,   WILMINGTON, DE 19899-8801
5278107        +BRENT C. DIEFENDERFER,    CGA LAW FIRM,   135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5293511         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5278117        +GREAT LAKES HIGHER ED. CORP.,    ATTN: BANKRUPTCY,    PO BOX 7860,   MADISON, WI 53707-7860
5278118        +JOHNS HOPKINS HOSPITAL,    P.O. BOX 64264,   BALTIMORE, MD 21264-4264
5278119        +KML LAW GROUP,    701 MARKET ST.,   SUITE 5000,    PHILADELPHIA, PA 19106-1541
5278121        +MIDLAND MORTGAGE CO,    ATTN: CUSTOMER SERVICE/BANKRUPTCY,    PO BOX 26648,
                 OKLAHOMA CITY, OK 73126-0648
5301678        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
5278122         OFFICE OF INSPECTOR GENERAL,    CLAIM ACCOUNTING SECTION,    PO BOX NO. 8032,
                 HARRISBURG, PA 17105
5278109        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,   HARRISBURG, PA 17128-1061
5278124        +PA OFFICE OF VOCATIONAL REHABILITAT,    1521 NORTH 6TH STREET,    HARRISBURG, PA 17102-1100
5278108        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5278128        +TARGET,    ATTN: BANKRUPTCY,    PO BOX 9475,   MINNEAPOLIS, MN 55440-9475
5278130        +U.S. DEPARTMENT OF EDUCATION,    ECMC/BANKRUPTCY,    PO BOX 16408,   SAINT PAUL, MN 55116-0408
5278131        +US BANK/RMS CC,    ATTN: BANKRUPTCY,   PO BOX 6351,    FARGO, ND 58125-6351
5278132        +WOMEN'S HEALTHCARE GROUP,    1693 S. QUEEN STREET,    YORK, PA 17403-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 19:46:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5278823         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 25 2020 19:44:29
                 Ascendium Education Solutions, Inc.,    PO Box 8961,    Madison WI  53708-8961
5278112        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 19:57:26      CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5278113        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 25 2020 19:44:45      COMENITYBANK/HOTTPIC,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5278114        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 25 2020 19:47:04      CREDIT ONE BANK,
                 ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5300577         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 19:57:36
                 CVI SGP Acquisition Trust,    c/o Resurgent Capital Services,    PO BOX 10587,
                 Greenville, SC 29603-0587
5290210         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 19:57:26
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5278115         E-mail/Text: mrdiscen@discover.com Feb 25 2020 19:44:31      DISCOVER FINANCIAL,
                 ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 15316,    WILMINGTON, DE 19850
5280691         E-mail/Text: mrdiscen@discover.com Feb 25 2020 19:44:31      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5278116        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 25 2020 19:45:14      GENESIS BC/CELTIC BANK,
                 ATTN: BANKRUPTCY,    PO BOX 4477,   BEAVERTON, OR 97076-4401
5278110         E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 19:44:39      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5298061         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 25 2020 19:44:58      Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud MN 56302-9617
5278120        +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 19:44:34      KOHLS/CAPITAL ONE,
                 ATTN: CREDIT ADMINISTRATOR,    PO BOX 3043,   MILWAUKEE, WI 53201-3043
5297775         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 19:57:25      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5278123        +E-mail/Text: bankruptcynotices@psecu.com Feb 25 2020 19:45:05     P S E C U,
                 ATTENTION: BANKRUPTCY,    PO BOX 67013,   HARRISBURG, PA 17106-7013
5294877         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 20:08:03
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5289968         E-mail/Text: bankruptcynotices@psecu.com Feb 25 2020 19:45:05      PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5298109         E-mail/Text: bnc-quantum@quantum3group.com Feb 25 2020 19:44:47
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
5298108         E-mail/Text: bnc-quantum@quantum3group.com Feb 25 2020 19:44:47
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
5278125        +E-mail/Text: BKRMailOPS@weltman.com Feb 25 2020 19:44:43      STERLING JEWELERS/KAY JEWELERS,
                 ATTN: BANKRUPTCY,    375 GHENT RD,   AKRON, OH 44333-4601
5278126        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 19:46:49      SYNCHRONY BANK/AMAZON,
                 ATTN:  BANKRUPTCY,    PO BOX 965060,   ORLANDO, FL 32896-5060
5278127        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 19:46:50      SYNCHRONY BANK/CARE CREDIT,
                 ATTN:  BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5060
5279157        +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 19:47:01      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5278129        +E-mail/Text: paparalegals@pandf.us Feb 25 2020 19:45:12      TD BANK USA, N.A.,
                 C/O GREGG MORRIS,    213 E. MAIN STREET,   CARNEGIE, PA 15106-2701
5278133         E-mail/Text: kcm@yatb.com Feb 25 2020 19:44:32      YORK ADAMS TAX BUREAU,   1405 N. DUKE STREET,
                 PO BOX 15627,    YORK, PA 17405-0156
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                  TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5278106*        +AMANDA D. DANUSKI,    3000 BARLEY CIRCLE,    DOVER, PA 17315-4596
5298613*        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Debtor 1 Amanda D. Danuski bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amanda D. Danuski,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–05163–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 1, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 8, 2020<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 25, 2020 |

ntcnfhrg (03/18)