IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  AMANDA DANUSKI, | : | CHAPTER 13 |
| Debtor | : | |
| | : | CASE NO. 1:19-bk-05163-HWV |
| JACK N. ZAHAROPOULOS, TRUSTEE, | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| BRENT C. DIEFENDERFER, | : | |
| Applicant. | : | |

<u>ORDER</u>

AND NOW, this _____ day of _____, 2022, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the Third Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: