In re:  Case No. 19-05163-HWV

Amanda D. Danuski  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4

Date Rcvd: Aug 05, 2022      Form ID: 309A      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda D. Danuski, 3000 Barley Circle, Dover, PA 17315-4596 |
| aty | + | James Warmbrodt, 701 Market Street Suite 5000, Philadephia, PA 19106-1541 |
| aty | + | Rebecca Ann Solarz, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5278107 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5278118 | + | JOHNS HOPKINS HOSPITAL, P.O. BOX 64264, BALTIMORE, MD 21264-4264 |
| 5278119 | + | KML LAW GROUP, 701 MARKET ST., SUITE 5000, PHILADELPHIA, PA 19106-1541 |
| 5278122 | | OFFICE OF INSPECTOR GENERAL, CLAIM ACCOUNTING SECTION, PO BOX NO. 8032, HARRISBURG, PA 17105 |
| 5278109 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5278132 | + | WOMEN'S HEALTHCARE GROUP, 1693 S. QUEEN STREET, YORK, PA 17403-4609 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bdiefenderfer@cgalaw.com | Aug 05 2022 18:46:00 | Brent Diefenderfer, CGA Law Firm, 135 North George Street, York, PA 17401 |
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Aug 05 2022 18:46:00 | Janet M. Spears, Aldridge Pite, LLP, 4375 Jutland Drive, San Diego, CA 92117-3600 |
| tr | + | EDI: BSMCARR | Aug 05 2022 22:48:00 | Steven M. Carr (Trustee), Ream Carr Markey Woloshin & Hunter LLP, 119 East Market Street, York, PA 17401-1221 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Aug 05 2022 18:46:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 05 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278823 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 05 2022 18:46:00 | Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 5278111 | + | EDI: TSYS2 | Aug 05 2022 22:48:00 | BARCLAYS BANK DELAWARE, ATTN: CORRESPONDENCE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 5278112 | + | EDI: CAPITALONE.COM | Aug 05 2022 22:48:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5278113 | + | EDI: WFNNB.COM | Aug 05 2022 22:48:00 | COMENITYBANK/HOTTPIC, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5278114 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 05 2022 18:55:13 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5300577 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:14 | CVI SGP Acquisition Trust, c/o Resurgent Capital |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5290210 | | EDI: CAPITALONE.COM | Aug 05 2022 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5293511 | | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 18:55:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5278115 | | EDI: DISCOVER.COM | Aug 05 2022 22:48:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 5280691 | | EDI: DISCOVER.COM | Aug 05 2022 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5278116 | + | EDI: PHINGENESIS | Aug 05 2022 22:48:00 | GENESIS BC/CELTIC BANK, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 5278117 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 05 2022 18:46:00 | GREAT LAKES HIGHER ED. CORP., ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 5278110 | | EDI: IRS.COM | Aug 05 2022 22:48:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5298061 | | EDI: JEFFERSONCAP.COM | Aug 05 2022 22:48:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5278120 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 05 2022 18:46:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5402942 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5402941 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5297775 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5278121 | + | EDI: AISMIDFIRST | Aug 05 2022 22:48:00 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 5301678 | + | EDI: AISMIDFIRST | Aug 05 2022 22:48:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5278123 | + | Email/Text: bankruptcynotices@psecu.com | Aug 05 2022 18:46:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5294877 | | EDI: PRA.COM | Aug 05 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5289968 | | Email/Text: bankruptcynotices@psecu.com | Aug 05 2022 18:46:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5298109 | | EDI: Q3G.COM | Aug 05 2022 22:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5298108 | | EDI: Q3G.COM | Aug 05 2022 22:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5278108 | + | Email/Text: karen.brown@treasury.gov | Aug 05 2022 18:46:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5278125 | + | Email/Text: BKRMailOPS@weltman.com | Aug 05 2022 18:46:00 | STERLING JEWELERS/KAY JEWELERS, ATTN: BANKRUPTCY, 375 GHENT RD, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | AKRON, OH 44333-4601 |
| 5278126 | + | EDI: RMSC.COM | Aug 05 2022 22:48:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5278127 | + | EDI: RMSC.COM | Aug 05 2022 22:48:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5279157 | + | EDI: RMSC.COM | Aug 05 2022 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278128 | + | EDI: WTRRNBANK.COM | Aug 05 2022 22:48:00 | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5278129 | + | Email/Text: paparalegals@pandf.us | Aug 05 2022 18:46:00 | TD BANK USA, N.A., C/O GREGG MORRIS, 213 E. MAIN STREET, CARNEGIE, PA 15106-2701 |
| 5278130 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 05 2022 18:46:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 5278131 | + | EDI: USBANKARS.COM | Aug 05 2022 22:48:00 | US BANK/RMS CC, ATTN: BANKRUPTCY, PO BOX 6351, FARGO, ND 58125-6351 |
| 5278133 | | Email/Text: kcm@yatb.com | Aug 05 2022 18:46:00 | YORK ADAMS TAX BUREAU, 1405 N. DUKE STREET, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ascendium Education Solutions, Inc. |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5278106 | *+ | AMANDA D. DANUSKI, 3000 BARLEY CIRCLE, DOVER, PA 17315-4596 |
| 5298613 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5278124 | ##+ | PA OFFICE OF VOCATIONAL REHABILITAT, 1521 NORTH 6TH STREET, HARRISBURG, PA 17102-1104 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2022         Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

**Name**               **Email Address**

| | |
| --- | --- |
| Brent Diefenderfer | on behalf of Debtor 1 Amanda D. Danuski bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Amanda D. Danuski<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0323 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   12/5/19 |
| Case number: | 1:19–bk–05163–HWV | Date case converted to chapter: | 7   8/5/22 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Amanda D. Danuski | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3000 Barley Circle<br>Dover, PA 17315 | |
| 4. | **Debtor's attorney**<br>Name and address | Brent Diefenderfer<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br>Email: bdiefenderfer@cgalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br>Email: stevecarr8@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office** | Ronald Reagan Federal Building | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 8/5/22 |
| 7. | **Meeting of creditors** | **September 7, 2022 at 01:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **341 meeting will be held telephonically, refer to the call–in instructions.** |
| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 11/6/22** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**