In re:  
Amanda D. Danuski  
    Debtor

Case No. 19-05163-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Aug 05, 2022     Form ID: tele341     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda D. Danuski, 3000 Barley Circle, Dover, PA 17315-4596 |
| 5278107 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5278118 | + | JOHNS HOPKINS HOSPITAL, P.O. BOX 64264, BALTIMORE, MD 21264-4264 |
| 5278119 | + | KML LAW GROUP, 701 MARKET ST., SUITE 5000, PHILADELPHIA, PA 19106-1541 |
| 5278122 | | OFFICE OF INSPECTOR GENERAL, CLAIM ACCOUNTING SECTION, PO BOX NO. 8032, HARRISBURG, PA 17105 |
| 5278109 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5278132 | + | WOMEN'S HEALTHCARE GROUP, 1693 S. QUEEN STREET, YORK, PA 17403-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 05 2022 18:55:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278823 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 05 2022 18:46:00 | Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 5278111 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 05 2022 18:46:00 | BARCLAYS BANK DELAWARE, ATTN: CORRESPONDENCE, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 5278112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2022 18:44:52 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5278113 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 05 2022 18:46:00 | COMENITYBANK/HOTTPIC, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5278114 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 05 2022 18:55:10 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5300577 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:11 | CVI SGP Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5290210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2022 18:44:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5293511 | | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 18:55:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5278115 | | Email/Text: mrdiscen@discover.com | Aug 05 2022 18:46:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 5280691 | | Email/Text: mrdiscen@discover.com | Aug 05 2022 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5278116 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 05 2022 18:46:00 | GENESIS BC/CELTIC BANK, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 5278117 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 05 2022 18:46:00 | GREAT LAKES HIGHER ED. CORP., ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 5278110 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2022 18:46:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5298061 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 05 2022 18:46:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5278120 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 05 2022 18:46:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5402942 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5402941 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5297775 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 18:55:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5278121 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 05 2022 18:44:46 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 5301678 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 05 2022 18:45:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5278123 | + | Email/Text: bankruptcynotices@psecu.com | Aug 05 2022 18:46:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5294877 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2022 18:55:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5289968 | | Email/Text: bankruptcynotices@psecu.com | Aug 05 2022 18:46:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5298109 | | Email/Text: bnc-quantum@quantum3group.com | Aug 05 2022 18:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5298108 | | Email/Text: bnc-quantum@quantum3group.com | Aug 05 2022 18:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5278108 | + | Email/Text: karen.brown@treasury.gov | Aug 05 2022 18:46:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5278125 | + | Email/Text: BKRMailOPS@weltman.com | Aug 05 2022 18:46:00 | STERLING JEWELERS/KAY JEWELERS, ATTN: BANKRUPTCY, 375 GHENT RD, AKRON, OH 44333-4601 |
| 5278126 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 18:55:10 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5278127 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 18:45:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5279157 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2022 18:45:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278128 | + | Email/Text: bncmail@w-legal.com | Aug 05 2022 18:46:00 | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |

| 5278129 | + Email/Text: paparalegals@pandf.us | | |
|---|---|---|---|
| | | Aug 05 2022 18:46:00 | TD BANK USA, N.A., C/O GREGG MORRIS, 213 E. MAIN STREET, CARNEGIE, PA 15106-2701 |
| 5278130 | + Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Aug 05 2022 18:46:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/BANKRUPTCY, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 5278131 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Aug 05 2022 18:46:00 | US BANK/RMS CC, ATTN: BANKRUPTCY, PO BOX 6351, FARGO, ND 58125-6351 |
| 5278133 | Email/Text: kcm@yatb.com | | |
| | | Aug 05 2022 18:46:00 | YORK ADAMS TAX BUREAU, 1405 N. DUKE STREET, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ascendium Education Solutions, Inc. |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5278106 | *+ | AMANDA D. DANUSKI, 3000 BARLEY CIRCLE, DOVER, PA 17315-4596 |
| 5298613 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5278124 | ##+ | PA OFFICE OF VOCATIONAL REHABILITAT, 1521 NORTH 6TH STREET, HARRISBURG, PA 17102-1104 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Amanda D. Danuski bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Kara Gendron | 1−877−715−0840 | 9994937 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| Lisa Rynard | 1−877−810−1022 | 5894927 |
| Jill Spott | 1−888−802−9680 | 2175082 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(01/22)