**B2400C ALT (Form 2400C ALT) (12/15)**

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Amanda D. Danuski** _____    Case No.   **1:19-bk-05163-HWV**

                                           Debtor(s)                  Chapter   **13**

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) **Amanda D. Danuski** has (have) filed a motion for approval of the reaffirmation agreement dated **9/8/2022** made between the debtor(s) and creditor Midland Mortgage. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____ (date).

COURT ORDER:     ☐     The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

                        ☐     The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

                        ☐     The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

                        ☐     The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

                        ☐     The court does not approve the reaffirmation agreement.

BY THE COURT

Date: _____           _____

                                               *United States Bankruptcy Judge*